UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE RAY LINCOLN,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>SUZANNE M. PEERY, Warden,<br><br>　　　　　　Respondent. | Case No. 15-cv-02686-HSG (PR)<br><br>**ORDER GRANTING RESPONDENT'S APPLICATION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 4 |

　　　Good cause appearing, respondent's application for an extension of time to file an answer to the petition is GRANTED. Respondent shall file her answer to the petition no later than **February 29, 2016**. Within **thirty-five (35) days** of the date such answer is filed, petitioner shall file with the Court and serve on respondent a traverse.

　　　This order terminates Docket No. 4.

　　　**IT IS SO ORDERED.**

Dated:   1/5/2016

　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge