UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE RAY LINCOLN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SUZANNE M. PEERY, Warden,<br><br>　　　　Respondent. | Case No. 15-cv-02686-HSG (PR)<br><br>**ORDER GRANTING RESPONDENT'S SECOND APPLICATION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 6 |

　　　　Good cause appearing, respondent's second application for an extension of time to file an answer to the petition is GRANTED. Respondent shall file her answer to the petition no later than **April 29, 2016**. Within **thirty-five (35) days** of the date such answer is filed, petitioner shall file with the Court and serve on respondent a traverse.

　　　　This order terminates Docket No. 6.

　　　　**IT IS SO ORDERED.**

Dated: 3/2/2016

　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge