1
2
3
4                          UNITED STATES DISTRICT COURT
5                        NORTHERN DISTRICT OF CALIFORNIA
6

7   TERRANCE RAY LINCOLN,                      Case No. 15-cv-02686-HSG (PR)

8                      Petitioner,
                                               **ORDER GRANTING RESPONDENT'S**
9        v.                                    **THIRD APPLICATION FOR**
                                               **EXTENSION OF TIME**
10  SUZANNE M. PEERY, Warden,
                                               Re: Dkt. No. 8
11                     Respondent.

12

13          Good cause appearing, respondent's third application for an extension of time to file an

14  answer to the petition is GRANTED.  Respondent shall file her answer to the petition no later than

15  **June 28, 2016**.  Within **thirty-five (35) days** of the date such answer is filed, petitioner shall file

16  with the Court and serve on respondent a traverse.

17          This order terminates Docket No. 8.

18          **IT IS SO ORDERED.**

19  Dated:  4/28/2016

20

21

22                                             HAYWOOD S. GILLIAM, JR.
                                               United States District Judge
23

24

25

26

27

28