UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE RAY LINCOLN,<br>Petitioner,<br>v.<br>SUZANNE M. PEERY, Warden,<br>Respondent. | Case No. 15-cv-02686-HSG (PR)<br><br>**ORDER ADDRESSING PENDING MOTIONS**<br><br>Re: Dkt. Nos. 10, 15, 18, 19 |

Good cause appearing, and no opposition being filed thereto, petitioner's applications for leave to file supplemental facts and arguments (dkt. nos. 10, 18), are GRANTED. Because petitioner's supplemental briefing does not appear to raise new unexhausted claims, his motion for stay and abeyance under *Rhines v. Weber*, 544 U.S. 269 (2005) (dkt. no. 19), is DENIED as unnecessary. Plaintiff's application to file excess pages in support of his traverse (dkt. no. 15), is GRANTED. Petitioner's July 29, 2016 traverse (dkt. no. 16), is accepted for filing.

This order terminates Docket Nos. 10, 15, 18, and 19.

**IT IS SO ORDERED.**

Dated: 9/2/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge