UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE RAY LINCOLN, Petitioner, v. WILLIAM SULLIVAN, Warden, Respondent. | Case No. 15-cv-02686-HSG (PR) **ORDER GRANTING MOTION TO REOPEN TIME TO FILE NOTICE OF APPEAL** Re: Dkt. No. 34 |

Good cause appearing, and in the interests of justice, petitioner's renewed motion to reopen the time for appeal is GRANTED. It appears that, due to petitioner's change of address, he did not receive timely notice of the judgment from which he seeks to appeal. *See* Fed. R. App. P. 4(a)(6)(A). Further, he filed his first motion to reopen time for appeal within 180 days after judgment was entered. *See* Fed. R. App. P. 4(a)(6)(B). Finally, the Court finds that no party would be prejudiced by the extension. *See* Fed. R. App. P. 4(a)(6)(C).

Petitioner must file a new notice of appeal within **fourteen (14)** days of the date this order is entered. *See* Fed. R. App. P. 4(a)(6).

The Clerk shall send a copy of this order to the Ninth Circuit Court of Appeals.

This order terminates Dkt. No. 34.

**IT IS SO ORDERED.**

Dated: 1/26/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge