United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRANCE RAY LINCOLN,

Petitioner,

v.

WILLIAM SULLIVAN, Warden,

Respondent.

Case No. 15-cv-02686-HSG (PR)

**ORDER DENYING APPLICATION FOR CERTIFICATE OF APPEALABILITY**

Re: Dkt. No. 38

On March 7, 2017, the Court denied Petitioner's *pro se* petition for a writ of habeas corpus

under 28 U.S.C. § 2254 on the merits, and entered judgment accordingly. (Docket Nos. 22 and

23.) In the same order, the Court denied a certificate of appealability. (Docket No. 22 at 27.)

Petitioner's post judgment application for a certificate of appealability, (Docket No. 38), is

DENIED for the same reason stated in Court's order denying the petition:

> A judge shall grant a certificate of appealability "only if the applicant has made a
> substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), and the
> certificate must indicate which issues satisfy this standard. Id. § 2253(c)(3). "Where a
> district court has rejected the constitutional claims on the merits, the showing required to
> satisfy § 2253(c) is straightforward: [t]he petitioner must demonstrate that reasonable
> jurists would find the district court's assessment of the constitutional claims debatable or
> wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).
>
> Here, petitioner has not made such a showing, and, accordingly, a certificate of
> appealability will be denied.

Docket No. 22 at 27.

1       The Clerk shall forward this order to the United States Court of Appeals for the Ninth

2 Circuit, from which Petitioner may also seek a certificate of appealability. *See* Rule 11(a) of the

3 Rules Governing Section 2254 Cases.

4       This order terminates Docket No. 38.

5       **IT IS SO ORDERED.**

6 Dated: 2/26/2018

7

8

                                 HAYWOOD S. GILLIAM, JR.

9                                    United States District Judge