UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE RAY LINCOLN,<br>Petitioner,<br>v.<br>WILLIAM SULLIVAN, Warden,<br>Respondent. | Case No. 15-cv-02686-HSG (PR)<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL; DIRECTIONS TO CLERK**<br><br>Re: Dkt. No. 42 |

On June 16, 2015, petitioner, a California prisoner proceeding *pro se*, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the validity of a judgment obtained against him in state court. On March 7, 2017, the Court denied the petition on the merits and denied a certificate of appealability. On January 26, 2018, the Court granted petitioner an extension of time in which to file a notice of appeal, and petitioner filed his notice of appeal on February 16, 2018.

Petitioner has filed an application to proceed in forma pauperis, which the Court construes as a motion to proceed in forma pauperis on appeal. In its order denying the petition, the Court declined to issue a certificate of appealability, thus determining there were no valid grounds for an appeal. Consequently, petitioner fails to show good cause to proceed in forma pauperis on appeal.

Accordingly, the motion to proceed in forma pauperis on appeal is hereby DENIED.

The Clerk shall send a copy of this order to petitioner and to the Ninth Circuit Court of Appeals, where petitioner may renew his motion. *See* Fed. R. App. P. 24(a).

This order terminates Docket Number 42.

**IT IS SO ORDERED.**

Dated: 3/12/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge